IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH R. SEALS,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>Defendant. | 4:23CV3079<br><br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

IT IS ORDERED that Plaintiff Joseph Seals' unopposed motion to modify the final progression order, Filing No. 28, is granted. The unexpired deadlines in the final progression order, Filing No. 24, are amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for February 27, 2024, at 9:00 a.m. by telephone is <u>continued</u> and will be held with the undersigned magistrate judge on **May 14, 2024**, at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is May 2, 2024. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by May 16, 2024.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is May 2, 2024.

4)     The deadline for filing motions to dismiss and motions for summary judgment is May 31, 2024.

5)     The deadline for filing motions to exclude testimony on *Daubert* and related grounds is May 31, 2024.

6)     All other deadlines are unchanged.

Dated this 31st day of January, 2024.

                                          BY THE COURT:

                                          *s/ Jacqueline M. DeLuca*

                                          United States Magistrate Judge