IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH R. SEALS,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>Defendant. | 4:23CV3079<br><br>**ORDER SETTING TRIAL AND PRETRIAL CONFERENCE**<br><br>**(AMENDED)** |

The Court grants the parties' joint motion to continue trial. Filing No. 128.

Accordingly,

IT IS ORDERED:

1) The jury trial of this case currently set to commence August 11, 2025 is <u>continued</u> and is now set to commence before Susan M. Bazis, United States District Judge, Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 8:30 a.m. on **January 12, 2026**, or as soon thereafter as the case may be called, for a duration of seven (7) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference currently scheduled to be held July 23, 2025 is <u>continued</u> and is now scheduled to be held before the undersigned magistrate judge on **December 18, 2025** at 1:00 p.m., and will be conducted by internet conferencing. Counsel shall use the internet conferencing instructions at Filing No. 92 to participate in the Pretrial Conference. The parties' proposed Pretrial Conference Order and

1

2

    Exhibit List(s) must be emailed to deluca@ned.uscourts.gov, in Word format, by 5:00 p.m. on December 11, 2025.

3)     Motions in limine and motions for pre-trial evidentiary hearings on the admissibility of evidence must be filed at least twenty-eight days prior to trial.

Dated this 8th day of July, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge